Law Offices
# David S. Greenfield
100 Lafayette Street • Suite 502

New York, N.Y. 10013

(212) 481-9350

Telecopier (212) 571-5507

November 9, 2021

Hon. John Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

                Re: United States v. Noel Sanabria
                <u>21 Cr. 313 (JPO)</u>

Dear Judge Oetken:

    I am CJA counsel for Noel Sanabria in the above referenced matter. I write to request a one day bail modification on his behalf to allow my client to attend his family's annual Thanksgiving celebration at his mother's home in Bronx County on November 25th from 1:00 p.m. to 10:00 p.m. I have spoken with AUSA Rebecca Dell who deferred a decision on this request to Mr. Sanabria's PTSO Dayshawn Bostic. Mr. Bostic informed me that he has no objection to this one day modification of bail being granted. Wherefore I request this application be granted.

                                                   Respectfully submitted,

                                                   David S. Greenfield

Cc:  AUSA Rebecca Dell
       PTSO Dayshawn Bostic

> Granted.
> So ordered.
>  11/18/2021

                                                 _____
                                                     J. PAUL OETKEN
                                           United States District Judge