LAW OFFICES
DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502 NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507

December 13, 2021

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

                Re: United States v. Noel Sanabria
                    21 Cr. 313 (JPO)

Dear Judge Oetken:

    I am CJA counsel for Noel Sanabria in the above referenced matter. I write to request a two day bail modification on his behalf to allow my client to attend mass with his family members on Christmas Eve, December 24th and his family's annual luncheon at his mother's home in Bronx County on Christmas Day, December 25th. Mr. Sanabria will also visit his three daughters' homes in the Bronx to exchange gifts with them and his grandchildren.

    I have spoken with AUSA Rebecca Dell who deferred a decision on this request to Mr. Sanabria's PTSO Mira Harrison. Ms. Harrison informed me that she has no objection to this one day modification of bail being granted. Wherefore I request this application be granted.

                                                         Respectfully submitted,

                                                          David S. Greenfield

Cc:  AUSA Rebecca Dell
      PTSO Mira Harrison

> Granted.
> So ordered.
> 12/14/2021

_____
J. PAUL OETKEN
United States District Judge