LAW OFFICES
DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502 NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507

May 3, 2022

Hon. J. Paul Oetken
United States District Judge
 Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

        Re: **United States v. Noel Sanabria**, 21-cr-313 (JPO)

Dear Judge Oetken:

  I am CJA counsel to Noel Sanabria, a defendant in the above referenced case. I write to respectfully request a one-time modification to Mr. Sanabria's bail conditions to permit him to spend Mother's Day with his family. Pre-Trial Services has indicated that it has no objection to this request and AUSA Rebecca Dell defers to Pre-Trial Services.

  Mr. Sanabria is currently on pre-trial release on the following terms and conditions (among others not relevant to the instant application):

> $200,000 personal recognizance bond signed by two FRPs;
> secured by $100,000 cash/property; travel restricted to the
> SDNY and EDNY; surrender of travel documents and no
> new applications; pretrial supervision as directed by pretrial
> services; and home detention with location monitoring.

ECF #15.

  Mr. Sanabria has been fully complaint with the terms of his release. He asks the Court that he be permitted to spend Sunday May 8, 2022, Mother's Day, with his family. Specifically, he wishes to be permitted to be outside his home from 11am – 9pm to attend church, have a meal at a restaurant and go to his mother's apartment. All of these activities will take place in either Manhattan, the Bronx or Yonkers. If the application is approved, Mr. Sanabria will provide specifics to his pre-trial services officer.

  As noted, Pre-Trial Services has no objection to this request and the government defers to Pre-Trial Services.

      Thank you for your consideration in this matter. I am, of course, available to provide more information at the Court's convenience.

> Respectfully submitted,
>
> /s/
>
> David S. Greenfield

cc:    All Parties (via ECF)
        Pre-Trial Services Officer Viosanny Harrison (via email)

> Granted.
> So ordered.
> 5/4/2022

_____
J. PAUL OETKEN
United States District Judge