# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Barry Zone
Partner
Direct: (212) 554-7864
Fax: (917) 206-4364

May 17, 2022

**SENT VIA ECF**
Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. Niaz Khan, et al.
      21 Cr. 313 (JPO)

Dear Judge Oetken:

I am counsel for defendant Patrick Patterson and I write on behalf of the parties. At this time we jointly request that the status conference presently scheduled for Monday, May 23rd, 2022 be adjourned 30-days, to a date and time convenient to the Court, the third week of June.

We make this request because the defendants require additional time to review discovery and discuss pretrial dispositions with the government.

Accordingly, all defendants consent to the exclusion of time pursuant to the Speedy Trial Act, from May 23rd, 2022, through the date to which the conference is adjourned.

The Court's consideration is greatly appreciated.

Respectfully,

Barry Zone
Attorney for Patrick Patterson

> Granted. The May 23, 2022 pretrial conference as to defendants Sanabria, Gomez, and Patterson is adjourned to June 24, 2022, at 3:30 pm. The Court hereby excludes time through June 24, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial. So ordered.
> 5/17/2022

_____
J. PAUL OETKEN
United States District Judge