UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                                   :

UNITED STATES OF AMERICA,
                                                   :     CONSENT PRELIMINARY ORDER
          - v. -                                               OF FORFEITURE AS TO SPECIFIC
                                                   :     PROPERTY/
NOEL SANABRIA,                                       MONEY JUDGMENT
                                                   :
                Defendant.                      21 Cr. 313 (JPO)
                                                   :
------------------------------------- x

        WHEREAS, on or about May 10, 2021, NOEL SANABRIA (the "Defendant"), among others, was charged in sealed Indictment 21 Cr. 313 (JPO) (the "Indictment"), with conspiracy to distribute controlled substances and a controlled substance analogue, in violation of Title 21, United States Code, Section 846 (Count One);

        WHEREAS, the Indictment included a forfeiture allegation as to Count One of the Indictment, seeking forfeiture to the United States, pursuant to Title 21, United States Code, Section 853, of any and all property constituting, or derived from, proceeds the Defendant obtained, directly or indirectly, as a result of the commission of the offense charged in Count One of the Indictment, and any and all property used, or intended to be used, in any manner or part to commit, or to facilitate the commission of the offense charged in Count One of the Indictment, including but not limited to a sum of money in United States currency, representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Indictment, and various specific property;

        WHEREAS, on or about May 19, 2021, seizure warrant 21 Mag. 5346 ("Seizure Warrant-1") was issued by the Honorable Robert W. Lehrburger, U.S. Magistrate Judge, Southern District of New York, authorizing the seizure of, *inter alia*, the following:

    i.    All monies and funds contained in Bank of America N.A. account number 483063383860 held in the name of Noel Sanabria;

    ii.    All monies and funds contained in Santander Bank N.A. account number 8941316227 held in the name of Noel Sanabria;

    iii.    All monies and funds contained in Bank of America N.A. account number 483051026715 held in the name of Noel Sanabria; and

    iv.    All monies and funds contained in the Coinbase account with user identification number 5feebd7118563a17ec50895f held in the name of Noel Sanabria;

WHEREAS, on or about May 19, 2021, seizure warrant 21 Mag. 5347 ("Seizure Warrant-2") was issued by the Honorable Robert W. Lehrburger, U.S. Magistrate Judge, Southern District of New York, authorizing the seizure of: the domain names k2herbstore.com, herbalplug.com, legalaromatherapy.com, and legalherbalsmack.com (the "Domain Names");

WHEREAS, on or about May 19, 2021, pursuant to Seizure Warrant-1 and Seizure Warrant-2, the Government seized, *inter alia*, the following:

    i.    $15,164.38 formerly on deposit in Bank of America N.A. account number 483063383860 held in the name of Noel Sanabria;

    ii.    $4,104.32 formerly on deposit in Santander Bank N.A. account number 8941316227 held in the name of Noel Sanabria;

    iii.    $14,487.45 formerly on deposit in Bank of America N.A. account number 483051026715 held in the name of Noel Sanabria;

    iv.    12,548.010799 XRP contained in the Coinbase account with user identification number 5feebd7118563a17ec50895f held in the name of Noel Sanabria; and

    v.    the Domain Names;

(i. through v., collectively, the "Specific Property");

WHEREAS, on or about December 30, 2022, the Defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit to the United States, pursuant to Title 21, United States Code, Section 853: (i) a sum of money equal to $130,000 in United States currency, representing proceeds traceable to the commission of the offense charged in Count One of the Indictment; and (ii) all right, title and interest of the Defendant in the Specific Property;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $130,000 in United States currency, representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained;

WHEREAS, the Defendant further consents to the forfeiture of all his right, title and interest in the Specific Property, representing proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained;

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence, with the exception of the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(g), and Rules 32.2(b)(3), and 32.2(b)(6) of the Federal Rules of Criminal Procedure, the Government is now entitled, pending any assertion of third-party claims, to reduce the Specific Property to its possession and to notify any and all persons who reasonably appear to be a potential claimant of their interest herein;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys Rebecca T. Dell and Robert B. Sobelman, of counsel, and the Defendant and his counsel, David S. Greenfield, Esq., that:

1. As a result of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $130,000 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2. As a result of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, all of the Defendant's right, title and interest in the Specific Property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853.

3. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment is final as to the Defendant NOEL SANABRIA, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

4. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Customs and Border Protection, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

5. Upon entry of this Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment, and pursuant to Title 21, United States Code, Section 853, the United States Customs and Border Protection, or its designee the Office of Fines, Penalties, and Forfeitures, shall be authorized to deposit the payments on the Money Judgment into the Treasury Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

6. Upon entry of this Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment, the United States Customs and Border Protection, or its designee the Office of Fines, Penalties, and Forfeitures, is hereby authorized to take possession of the Specific Property and to hold such property in its secure custody and control.

7. Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, the United States is permitted to publish forfeiture notices on the government internet site, www.forfeiture.gov. This site incorporates the forfeiture notices that have been traditionally published in newspapers. The United States forthwith shall publish the internet ad for at least thirty (30) consecutive days. Any person, other than the Defendant, claiming interest in the Specific Property must file a Petition within sixty (60) days from the first day of publication of the Notice on this official government internet web site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

8. The published notice of forfeiture shall state that the petition (i) shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Specific Property, (ii) shall be signed by the petitioner under penalty of perjury, and (iii) shall set forth the nature and extent of the petitioner's right, title or interest in the Specific Property, the time and circumstances

of the petitioner's acquisition of the right, title and interest in the Specific Property, any additional facts supporting the petitioner's claim, and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

9. Pursuant to 32.2 (b)(6)(A) of the Federal Rules of Criminal Procedure, the Government shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

10. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Specific Property pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed. All Specific Property forfeited to the United States under a Final Order of Forfeiture shall be applied towards the satisfaction of the Money Judgment.

11. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

12. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

13. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

14. The signature page of this Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____         12/30/22
REBECCA T. DELL                              DATE
ROBERT B. SOBELMAN
Assistant United States Attorneys
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2198 / 2616


NOEL SANABRIA

By: _____         12/30/22
NOEL SANABRIA                                DATE

By: _____         12/30/2022
DAVID S. GREENFIELD, ESQ.                    DATE
100 Lafayette Street, Suite 502
New York, New York 10013


SO ORDERED:

_____              1/6/2023
J. PAUL OETKEN                               DATE
United States District Judge