LAW OFFICES
DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502 NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507

April 17, 2023

> Granted.
> So ordered.
> 4/20/2023
>
> /s/ J. Paul Oetken
> J. PAUL OETKEN
> United States District Judge

<u>VIA ECF</u>

Hon. J. Paul Oetken
United States District Judge
  Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: <u>United States v. Noel Sanabria</u>, 21-cr-313 (JPO)

Dear Judge Oetken:

    I am CJA counsel to Noel Sanabria. I write to respectfully request a one-time modification to Mr. Sanabria's bail conditions to permit him to leave his home on April 28, 2023 and travel to New Jersey to retrieve certain medical and hospital records requested by Probation.

    Pre-Trial Services Officer Viosanny Harrison has indicated that Pre-Trial has no objection to this request and the government has informed the defense that it defers to Pre-Trial Services.

    Mr. Sanabria has been fully complaint with the terms of his release.

    He respectfully requests that he be permitted to leave his home on April 28, 2023 at 12pm and return by 5pm so that he may obtain certain medical records and hospital records at University Hospital in Newark, New Jersey.

    As noted, Pre-Trial Services has no objection to this request and the government defers to Pre-Trial Services.

    Thank you for your consideration in this matter. I am, of course, available to provide more information at the Court's convenience.

Respectfully submitted,

/s/

David S. Greenfield

cc:    All Parties (via ECF)
        Pre-Trial Services Officer Viosanny Harrison (via email)