UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

        -v.-

NOEL SANABRIA,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**FINAL ORDER OF
FORFEITURE**

21 Cr. 313 (JPO)

WHEREAS, on or about January 6, 2023, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (D.E. 153), which ordered the forfeiture to the United States of all right, title and interest of NOEL SANABRIA (the "Defendant") in the following property:

    a) $15,164.38 formerly on deposit in Bank of America N.A. account number 483063383860 held in the name of Noel Sanabria;

    b) $4,104.32 formerly on deposit in Santander Bank N.A. account number 8941316227 held in the name of Noel Sanabria;

    c) $14,487.45 formerly on deposit in Bank of America N.A. account number 483051026715 held in the name of Noel Sanabria;

    d) 12,548.010799 XRP formerly contained in the Coinbase account with user identification number 5feebd7118563a17ec50895f held in the name of Noel Sanabria; and

    e) The Domain Names: k2herbstore.com, herbalplug.com, legalaromatherapy.com, and legalherbalsmack.com;

(a. through e., collectively, the "Specific Property");

WHEREAS, the Consent Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in

accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). The Preliminary Order of Forfeiture further stated that the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on March 15, 2023, for thirty (30) consecutive days, through April 13, 2023, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on May 16, 2023 (D.E. 200);

WHEREAS, on or about January 9, 2023, notice of the Preliminary Order was sent by email to:

     i.    Niaz Khan
             c/o Christopher Aaron Flood, Esq.
             52 Duane Street, 10th Floor
             New York, NY 10007
             christopher_flood@fd.org;

(the "Noticed Party");

2

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant and the Noticed Party are the only people and/or entities known by the government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2).

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.      All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.      Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3.      The United States Customs and Border Protection (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).


Dated: New York, New York
       May 31   , 2023

                                    SO ORDERED:

                                    _____
                                    HONORABLE J. PAUL OETKEN
                                    UNITED STATES DISTRICT JUDGE

3