LAW OFFICES
DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502 NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507

July 17, 2023

Hon. J. Paul Oetken
United States District Judge
  Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: **United States v. Noel Sanabria**, 21-cr-313 (JPO)

Dear Judge Oetken:

    I am counsel to Noel Sanabria. I am writing to respectfully request that the Court order the return of Mr. Sanabria's passport, which was surrendered as part of his pre-trial release.

    On May 31, 2023, the Court sentenced Mr. Sanabria to imprisonment of one year and one day. Mr. Sanabria is surrendering to prison today.

    Accordingly, since Mr. Sanabria's criminal case is now closed, we respectfully request that the Court order return of his passport.

    Thank you for your attention to this matter.

Respectfully submitted,

/s/

David S. Greenfield

> Granted.
> Pretrial Services is hereby directed to release custody of Mr. Sanabria's passport and return it to him or his designated representative.
>   So ordered.
>   7/18/2023

_____
J. PAUL OETKEN
United States District Judge