LAW OFFICES
DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502 NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507

September 15, 2023

Hon. J. Paul Oetken
United States District Judge
  Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re: <u>United States v. Noel Sanabria</u>, 21-cr-313 (JPO)**

Dear Judge Oetken:

    As Your Honor is aware, I represented Noel Sanabria in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. Mr. Sanabria was sentenced by the Court on May 31, 2023 to a term of imprisonment of one year and one month.

    I write to respectfully request that I be re-appointed *nunc pro tunc* to August 7, 2023. On that date, discussions with the government began regarding the return of return of Mr. Sanabria's cash bail. As the Court knows, the government has since filed a motion for the forfeiture of the cash bail. Mr. Sanabria will be opposing the government's motion.

    Accordingly, I respectfully request that the Court reappoint me as CJA counsel in this matter.

    I thank the Court for its attention to this matter.

Granted.
So ordered.
9/15/2023

Respectfully submitted,

/s/

David S. Greenfield

_____
J. PAUL OETKEN
United States District Judge