UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v- | 21-CR-313 (JPO) |
| NOEL SANABRIA, | ORDER |
| Defendant. | |

J. PAUL OETKEN, District Judge:

On February 12, 2024, Defendant Noel Sanabria filed a motion, pursuant to 18 U.S.C. § 3582(c)(2), for a reduction of his sentence pursuant to Amendment 821 to the United States Sentencing Guidelines, which went into effect on November 1, 2023, and applies retroactively. (ECF No. 250.) Sanabria's projected release date was March 9, 2024 (ECF No. 252 at 1), and public BOP records indicate that Sanabria was released from BOP custody on March 4, 2024.

Accordingly, Sanabria's motion is denied as moot. The Clerk of Court is directed to close the motion at ECF No. 250.

SO ORDERED.

Dated: April 23, 2024
New York, New York

_____
J. PAUL OETKEN
United States District Judge